# EXHIBIT A

# United States of America

*To Promote the Progress of Science and Useful Arts*

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Acting Director of the United States Patent and Trademark Office*

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)



US0D1074223S

# (12) United States Design Patent
## Qian

(10) Patent No.: **US D1,074,223 S**
(45) Date of Patent: ∗∗ **May 13, 2025**

(54) **TRIPOD EASEL STAND**

(71) Applicant: **JINLONG HOLDING TRADING CO., LTD.**, Hong Kong (CN)

(72) Inventor: **Tao Qian**, Hong Kong (CN)

(73) Assignee: **JINLONG HOLDING TRADING CO., LTD.**, Hong Kong (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/962,269**

(22) Filed: **Sep. 11, 2024**

(51) LOC (15) Cl. ............................................. **20-02**
(52) U.S. Cl.
     USPC ....................................................... **D6/312**
(58) Field of Classification Search
     USPC ........ D6/300, 310, 311, 312; D16/244, 245;
                 D19/86, 91; D20/10, 41
     CPC ............................... A47B 97/04; A47B 97/08
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D291,153 S | * | 8/1987 | Nakatani | D6/311 |
| D292,045 S | * | 9/1987 | McDowell | D6/311 |
| D424,308 S | | 5/2000 | Hutten | |
| D474,617 S | | 5/2003 | Swartz | |
| D535,826 S | | 1/2007 | Toghanian | |
| D686,420 S | * | 7/2013 | Beach | D6/310 |
| D691,380 S | * | 10/2013 | Richeson | D6/312 |
| D750,908 S | * | 3/2016 | Hickman | D6/300 |
| D923,344 S | | 6/2021 | Shao | |
| 11,751,514 B1 | * | 9/2023 | Sellers | A47B 97/08 248/27.8 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 3442860 | * | 4/2005 |
| CN | 304858372 | * | 10/2018 |

(Continued)

OTHER PUBLICATIONS

Art Painting Display Easel Stand, available Feb. 11, 2023 [online], [retrieved Feb. 4, 2025]. Retrieved from internet, https://www.amazon.ae/Art-Painting-Display-Easel-Stand/dp/B0BXS3NLZ3 (Year: 2023).*

(Continued)

*Primary Examiner* — Jae Liang
*Assistant Examiner* — Christopher Torma
(74) *Attorney, Agent, or Firm* — Bayramoglu Law Offices LLC

(57) **CLAIM**

The ornamental design for a tripod easel stand, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a tripod easel stand showing my new design;
FIG. 2 is a front elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left elevation view thereof;
FIG. 5 is a right elevation view thereof;
FIG. 6 is an enlarged top plan view thereof;
FIG. 7 is an enlarged bottom plan view thereof;
FIG. 8 is a perspective view of the tripod easel stand in a folded configuration;
FIG. 9 is a front elevation view thereof;
FIG. 10 is a rear elevation view thereof;
FIG. 11 is a left elevation view thereof;
FIG. 12 is a right elevation view thereof;
FIG. 13 is a top plan view thereof; and,
FIG. 14 is a bottom plan view thereof.
The broken lines depict portions of the tripod easel stand that form no part of the claimed design.

**1 Claim, 14 Drawing Sheets**



US D1,074,223 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

D1,057,807 S * 1/2025 Zhong .......................... D16/244

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 305726335 | * | 4/2020 |
| GB | 6007587 | * | 2/2017 |

OTHER PUBLICATIONS

U.S. Art Supply, available Nov. 17, 2014 [online], [retrieved Feb. 4, 2025]. Retrieved from internet, https://www.amazon.com/US-Art-Supply-Lightweight-Aluminum/dp/B00PR99NR0 (Year: 2014).*
Blick Studio Aluminum Tripod Travel Easel, archived Jul. 15, 2012 [online], [retrieved Feb. 4, 2025]. Retrieved from internet, https://web.archive.org/web/20120715235707/http://www.dickblick.com/products/blick-studio-aluminum-tripod-travel-easel (Year: 2012).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14