# EXHBIT F

# Filed Under Seal.

Case: 1:25-cv-10146 Document #: 1-7 Filed: 08/25/25 Page 2 of 2 PageID #:166