| Defendant # | Seller Name | Claimed TRIPOD EASEL STAND | Infringing TRIPOD EASEL STAND Offered For Sale by Defendants |
|---|---|---|---|
| #1 | New starting point | FIG. 1 | MIN:5 in MAX:25.6 in MIN:14 in MAX:36 in |
| #2 | Mayyol | FIG. 1 | 14.5" 17.12" 36.02" 66" 32.28" |
| #3 | Aredy Direct | FIG. 1 | |

| | | | |
|---|---|---|---|
| #4 | Hemndic | FIG. 1 | |
| #5 | Artifyplus | FIG. 1 | |
| #6 | ProStand US | FIG. 1 | |

| | | | |
|---|---|---|---|
| #7 | Make's small store | FIG. 1 | MIN:14in MAX:36in |
| #8 | AROIC | FIG. 1 | max 16″ max 26″ max 38″ max 66″ max 43″ |
| #9 | T-SIGN™ - America's #1 Sign & Display Brand | FIG. 1 | |

| | | | |
|---|---|---|---|
| #10 | Nicpro | | |
| #11 | Starhoo | | |