# DECLARATION OF ALEXANDER WARDEN IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

# Filed Under Seal.