IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINLONG HOLDING TRADING CO., LTD., | Case No. 1:25-cv-10146 |
| Plaintiff, | Hon. Sharon Johnson Coleman |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |
| _____/ | |

## DEFENDANT AROIC'S MOTION FOR LEAVE TO APPEAR REMOTELY AT THE SEPTEMBER 19, 2025 HEARING

Defendant AROIC (the "Moving Defendant"), by and through its undersigned counsel, respectfully moves this Court pursuant to Local Rule 5.3 and the Court's inherent authority for leave to appear remotely (via video or telephone) at the hearing scheduled for September 19, 2025, at 10:00 AM on Plaintiff's ex parte motion for entry of a temporary restraining order (Dkt. 3) and motion for joinder (Dkt. 18), as set forth in the Court's Minute Entry (Dkt. 22). In support thereof, Defendant states as follows:

1. The Court's Minute Entry at Dkt. 22 designates the September 19, 2025 hearing as an in-person proceeding in courtroom 1241. The Northern District of Illinois permits remote appearances upon motion and for good cause.

2. Undersigned counsel for Defendant AROIC, Jianyin Liu, resides and practices law in Palmetto Bay, Florida.

3. The hearing is for presentment of Plaintiff's motions and is anticipated to involve oral arguments only, with no witnesses, evidentiary presentations, or trial-like proceedings expected. Remote appearance would fully enable counsel to participate, respond to questions, and present arguments without any prejudice to the Court, Plaintiff, or the proceedings.

4. Granting this motion would promote efficiency and conserve resources, consistent with Federal Rule of Civil Procedure 1's mandate to secure the just, speedy, and inexpensive determination of actions. Defendant has no intention to call witnesses or introduce new evidence at this hearing, further supporting a remote format.

5. Plaintiff will suffer no prejudice from a remote appearance, as the issues are purely legal and can be addressed effectively via video or telephone.

6. This request is made in good faith and not for purposes of delay. If granted, counsel will ensure a stable connection and professional presentation.

**WHEREFORE**, Defendant AROIC respectfully requests that the Court grant this motion and permit undersigned counsel to appear remotely at the September 19, 2025 hearing, and for such other and further relief as the Court deems just and proper.

Dated: September 6, 2025

Respectfully submitted,

/s/ Jianyin Liu

Jianyin Liu, Esq.
Florida Bar No. 1007675
THE LAW OFFICES OF JAMES LIU, PLLC
15750 SW 92nd Avenue, Unit 20C
Palmetto Bay, FL 33157
Email: jamesliulaw@gmail.com
Counsel for Defendant AROIC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2025, a true and correct copy of the foregoing document was served via CM/ECF on all counsel of record.

/s/ Jianyin Liu
Jianyin Liu, Esq.